# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BACKCOUNTRY.COM, LLC,**<br><br>Defendant. | **CASE NO. 1:24-CV-01309-MN**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss all claims against BACKCOUNTRY.COM, LLC WITH PREJUDICE and all counterclaims against PATENT ARMORY INC. WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: January 16, 2025

Respectfully submitted,

**FISH & RICHARDSON P.C.**

/s/ *Antranig Garibian*
Antranig Garibian, Esquire (#4962)
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice* forthcoming))
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
***Counsel for Plaintiff***
***Patent Armory Inc.***

/s/ *Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
222 Delaware Avenue, 17th Fl.
Wilmington, Delaware 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Lance Wyatt (*pro hac vice*)
Neil J. McNabnay (*pro hac vice*)
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
wyatt@fr.com
mcnabnay@fr.com

***Counsel for Defendant***
***Backcountry.com, LLC***

**SO ORDERED**, this _____ day of _____ 2025.

_____
**The Honorable Maryellen Noreika**
**United States District Court Judge**